RONALD KEITH MANLEY, A MINOR, BY
BLAINE MANLEY, HIS GUARDIAN AD LITEM *v.*
DOROTHY K. NELSON.

No. 4667.

JOSEPH NICK MANGANARO AND MARTHA ELIZABETH
CANOUSE MANGANARO *v.* WAYNE L. SOSZKA.

No. 4668.

SEPTEMBER 16, 1968.

RICHARDSON, C.J., MARUMOTO, ABE, JJ.
AND CIRCUIT JUDGE FAIRBANKS IN
PLACE OF LEVINSON, J., DISQUALIFIED.
(MIZUHA, J., RETIRED JUNE 27, 1968)

*Per Curiam.* The petition for rehearing is denied without argument.

Circuit Judge Fairbanks having dissented in part from the opinion of the court, does not concur.

*Leslie T. Bennett (Skinner, Bennett & Ornelles* of counsel) for the petition.